IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02044-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

WILLIAM S. DENNEN,

      Appellant,

v.

THE ROBERT AND JOAN DENNEN TRUST DATED OCTOBER 11, 2007,

      Appellee.

---

## ORDER DIRECTING APPELLANT TO CURE DEFICIENCIES

---

      Appellant, William S. Dennen, has submitted a Notice of Appeal from the United

States Bankruptcy Court.  A new case was opened in this court on September 16, 2015.

As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has

determined that the submitted documents are deficient as described in this order.

Appellant will be directed to cure the following if he wishes to pursue his claims.  Any

papers that the Appellant files in response to this order must include the civil action

number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1)   <u>X</u>   is not submitted
(2)   __   is not on proper form (must use the court's current form)
(3)   __   is missing original signature by Plaintiff
(4)   __   is missing affidavit
(5)   __   affidavit is incomplete
(6)   __   affidavit is not notarized or is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or

application
(8)     X      other: <u>Motion is only necessary if $298.00 filing fee is not paid in advance</u>.

**Complaint or Petition**:
(9)     __     is not submitted
(10)    __     is not on proper form (must use the court's current form)
(11)    __     is missing an original signature by the Plaintiff
(12)    __     is incomplete
(13)    __     uses et al. instead of listing all parties in caption
(14)    __     names in caption do not match names in text
(15)    __     addresses must be provided for all defendants/respondents in "Section A.
               Parties" of complaint, petition or habeas application
(16)    __     other: _____

Accordingly, it is

ORDERED that the Appellant cure the deficiencies designated above **within

thirty (30) days from the date of this order**.  Any papers which the Appellant files in

response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Appellant shall obtain the court-approved

Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) at

www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if the Appellant fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the notice of appeal

and the action will be dismissed without further notice.  The dismissal shall be without

prejudice.

DATED September 21, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge