**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Honorable Howard R. Tallman

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **WILLIAM STUART DENNEN,** | ) | Case No. 15-18255 HRT |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

**ORDER DENYING WAIVER**

      This case comes before the Court on Debtor's *Motion to Waive Filing Fee of $298.00 for Appeal of 8-27-15 and 8-31-15 Orders of the Court*[1] (docket #35) (the "Motion").

      The Court has always taken a liberal approach to the waiver of appeal fees where the applicant makes a cognizable claim of financial hardship. Even though such waivers impose a cost and a burden upon the judicial system the Court gives great weight to the interest of insuring that legal issues receive a full and fair hearing.

      Financial hardship is not the sole consideration. The Court cannot waive an appeal filing fee unless it can find that the appeal has been filed in good faith. *See* 28 U.S.C. § 1915(a)(3); *In re Ravida*, 296 B.R. 278, 282 (B.A.P. 1st Cir. 2003). In this case, the Court finds that Debtor's appeal has not been filed in good faith. Debtor's appeal is frivolous on its face. The order that the Debtor seeks to appeal relates solely to the time-frame for filing responses to pending motions and prosecution of the Debtor's bankruptcy case generally. The order is interlocutory and is not appealable absent leave of the district court. Debtor is seeking to appeal no legal issues of substance and the Court doubts that leave to appeal the interlocutory order will be granted. Because the Court finds the Debtor's appeal has been filed in bad faith, Debtor's Motion must be denied. Therefore, it is

      **ORDERED** that Debtor's *Motion to Waive Filing Fee of $298.00 for Appeal of 8-27-15 and 8-31-15 Orders of the Court* (docket #35) is DENIED.

      Dated this  21st  day of September, 2015.

                                       **BY THE COURT:**

                                       */s/ Howard Tallman*
                                       Howard R. Tallman, Judge
                                       United States Bankruptcy Court

---

[1] The Court presumes the dates appearing in the caption of Debtor's Motion are a typographical error. Debtor filed a notice of appeal with respect to the Court's *Order on Motions for Extension* (docket #25), dated September 14, 2015.