IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02044-GPG

WILLIAM S. DENNEN,

    Appellant,

v.

THE ROBERT AND JOAN DENNEN TRUST DATED OCTOBER 11, 2007,

    Appellee.

## ORDER OF DISMISSAL

    Appellant, William S. Dennen, has submitted a Notice of Appeal from the United States Bankruptcy Court.   A new case was opened in this court on September 16, 2015.

    On September 21, 2015, Magistrate Judge Gordon P. Gallagher reviewed Mr. Denmen's filing and determined that it was deficient.   (ECF No. 6).   Magistrate Judge Gallagher directed Appellant to submit an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), on the court-approved form, or pay the $298.00 filing fee within (30) days of the September 21 Order.   (*Id.*).   Magistrate Judge Gallagher advised Mr. Denmen that he could obtain a copy of the court-approved form at www.cod.uscourts.gov.   (*Id.*). Appellant was warned in the September 21 Order that failure to cure the deficiencies noted would result in dismissal of this action without further notice.   (*Id.*).

    Mr. Denmen did not comply with the September 21 Order, or request an extension of time to do so.   Accordingly, it is

    ORDERED that this action is DISMISSED without prejudice pursuant to Rule 41(b)

of the Federal Rules of Civil Procedure for the failure of Appellant, William S. Denmen, to comply with the September 21, 2015 Order Directing Appellant to Cure Deficiencies.

DATED October 28, 2015, at Denver, Colorado.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO, District Judge for
LEWIS T. BABCOCK, Senior Judge